08-CV-01199-ORD

FILED ____ ENTERED
LODGED ____ RECEIVED

MAY 19 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY RAY STACH, | Case No. 08-cv-1199-JLR-JPD |
| Plaintiff, | |
| v. | ORDER RE DEFENDANTS' MOTION TO DISMISS |
| BILL ELFO et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss for failure to exhaust administrative remedies (Dkt. No. 18) is GRANTED IN PART and DENIED IN PART, and Defendants are directed to file an answer. Plaintiff shall be allowed to proceed on his claims concerning the following: the shower drain being plugged and the resultant sewage discharge; the sinks being inoperable in his containment area; poor or no ventilation in his containment area; only one hour of recreation every ten days; only one change of clothing every seven to ten days; no law library

ORDER RE DEFENDANTS' MOTION TO DISMISS
PAGE - 1

access; and Defendant Pearson's alleged refusal of medication and medical treatment. All remaining claims in Plaintiff's amended complaint are dismissed without prejudice for failure to exhaust administrative remedies.

(3) Because Plaintiff has provided notice that he is unavailable through April 24, 2009 due to medical treatment, Dkt. No. 29, the 21-day deadline for the parties to file objections to the Report and Recommendation shall begin to run on April 25, 2009.

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 19th day of May, 2009.

JAMES L. ROBART
United States District Judge

ORDER RE DEFENDANTS' MOTION TO DISMISS
PAGE - 2