FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 27 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

08-CV-01199-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY RAY STACH,<br><br>Plaintiff,<br><br>v.<br><br>BILL ELFO, et al.,<br><br>Defendants. | Case No. 08-cv-1199-JLR<br><br>ORDER OF DISMISSAL |

. The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' motion for summary judgment, Dkt. No. 41, is GRANTED and this action is DISMISSED with prejudice. This dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g).

///

///

///

ORDER OF DISMISSAL
PAGE - 1

1  (3) The Clerk is directed to send copies of this Order to the parties and to Judge
2  Donohue.
3  DATED this 27th day of November, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2